**SECOND AMENDED TRUSTEE'S CONFIRMATION REPORT -8/11/17**

**DEBTOR:** Haluk Ince         **CASE NO. 16-21175-PRW**
**ATTORNEY:** David Ealy, Esq.       **ATTORNEY FEES:** $4,000
                  **Additional Attorney Fees: $2000?**

**I.**   **TRUSTEE RECOMMENDATION:**    _____ Plan Recommended    __X__ Plan Not Recommended

**II.**   **PLAN FILED DATE:** 11/7/16 (ECF BK No. 14)

  **A.**   **PAYMENTS:**    $2400    per monthly voluntarily; plus $2600 lump payment in 1st month; plus $66,912 in month 60.

  **B.**   **REPAYMENT:**
| | | |
|---|---|---|
| To secured creditors | $110,900 | with interest $166,425 |
| To priority creditors | $ 2,500 | |
| To unsecured creditors | $ 0 | est. % |
| General unsecured debt | $40,520 | |
| Duration of Plan | 5 | years |
| Total Scheduled Debt | $437,614 | incl. mortgages |

  **C.**   **FEASIBILITY:**
| | | | |
|---|---|---|---|
| Monthly Income | $1,982 | (net) $1,982 | (gross) |
| Less Estimated Expenses | $1,656 | | |
| Excess for Wage Plan | $326 | | |

  **D.**   **OBJECTIONS to Confirmation:**
   1. Tower Management – The plan does not provide for payment of its claim in full.
   2. American Tax Funding – Objection to the valuation of their secured claim.
   3. Trustee- The plan must identify the source of the lump payments.
   4. Mr. Ince is behind on plan payments.
   5. If Mr. Ince is proposing to cram down the tax claims, a motion must be made pursuant to Bankruptcy Rule 3012, as well as Sections 506 & 1322 of the Bankruptcy Code.
   6. The plan does not address all of the secured claims as filed.

  **E.**   Other comments:
   ☐ risk factor 3 because of prior bankruptcies
   ☐ need judgments removed           ☐ need mortgages eliminated
   ☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
   ☐ need certification of post petition DSO payments.    ☐ need proof of surrender efforts
   ☐ other:

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated:    %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Monroe Co. | $121,393 | R/P Taxes | Yes | $100,304.15+18% | $1851.62 |
| Tower Capital | $168,106 | R/P Taxes | Yes | $ 3,361.12+ 0% | $   57.00 |
| Tower Capital | $8,232.50 | R/P Taxes | Yes | $ 4,871.38+ 18% | $  153.00 |
| ATF | $912.49 | R/P Taxes | Yes | Full + 18$ | $   35.00 |
| ATF | $1,451.14 | R/P Taxes | Yes | Full + 0% | $   25.00 |
| ATF | $39,655 | R/P Taxes | Yes | None | |
| ATF | $62,319 | R/P Taxes | Yes | None | |

IV. **SPECIAL PLAN PROVISIONS:**

    A. CLASSIFICATION of unsecured creditors: *Not applicable*
        Class 1:                                                    %  $
        Class 2:                                                    %  $
        Class 3                                                     %  $

    B. Rejection of executory contracts:
    C. Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A. All assets were listed.
    B. Total market value of assets:                                              $ 294,627
        Less valid liens                            $ 279,000
        Less exempt property                    $ 15,027
        (Available for judgment liens )
        Subtotal                                        $ 600
        Less est. Chapter 7 fees                $ 150
    C. Total available in liquidation                                              $ 450
    D. Best interests including present value                              $ 467
        Less priority claims                        $ 2,500
        (Support $                    )
    E. Amount due to unsecured                                                 $ 0
    F. Amount to be distributed to unsecured creditors            $ 0
    G. Nature of major non-exempt assets:

VI. **OTHER:**
    A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D. Debtor requests no wage order because:   _____ disability or retirement, __X___ self employed, _____ risk of job loss, _____ other
    E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE